# Exhibit 3

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

546 546

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| QIAN, TIE          NMN MD | ▓▓▓▓▓▓▓ | ▓▓▓-64 | 07-01-2001 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 171 | EXCEPTED APPOINTMENT NTE  06-30-04 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V8V | 38 U.S.C. 7405(A)(1) | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**

PHYSICIAN

000000

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| AD | 0602 | SENIOR | 09 | $85,837 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $85,837 | $0 | $85,837 | $0 |

22. Name and Location of Position's Organization

VA MEDICAL CENTER
PATIENT CARE SVCS SPINAL CORD INJ SVC
MIAMI        FL

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30% | 0 — 0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite | | YES ☐  NO ☒ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC LIFE ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 07-01-01 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved | E — E – Exempt; N – Nonexempt | 8233.2270 | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 12-2010-086 | MIAMI        FL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

ASSIGNMENT: PHYSIATRY

APPOINTMENT AFFIDAVIT EXECUTED 07-02-2001.

REASON FOR TEMPORARY APPOINTMENT:* TEMPORARY NEEDS OF SERVICE

* BOARD ACTION APPROVED BY MEDICAL CENTER DIRECTOR ON 5/16/01

FROZEN SERVICE: NONE.

CREDITABLE MILITARY SERVICE:*NONE.

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.

REMARKS CONTINUED ON NEXT PAGE

Qian-HR0140

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | *[signature]* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
| VA TA | 1887 | 07-01-2001 | |