**Mulcahy, Karen L.**

| | |
|---|---|
| From: | Magalian, Paul D  (MIAMI VA) |
| Sent: | Tuesday, November 06, 2007 3:51 PM |
| To: | Mulcahy, Karen L. |
| Subject: | Fw: additional evidence |
| Attachments: | 2311827135-magalian110607.doc |

Fyi
pdm

----- Original Message -----
From: tie qian <tieqian@yahoo.com>
To: Brinkman, Larry J    (MIAMI VA); tieqian@yahoo.com <tieqian@yahoo.com>
Cc: SGoldst219@aol.com <SGoldst219@aol.com>; Magalian, Paul D  (MIAMI VA); Vara, John R (MIAMI VA)
Sent: Tue Nov 06 15:35:08 2007
Subject: RE: additional evidence

Mr. Magalian:

Attached letter of response was also faxed to your office along with attachment.  Please review.

Thank you.

Dr. Qian
--- "Brinkman, Larry J       (MIAMI VA)"
<Larry.Brinkman@va.gov> wrote:

> We will await your response.
>
> -----Original Message-----
> From: tie qian [mailto:tieqian@yahoo.com]
> Sent: Thursday, November 01, 2007 3:43 PM
> To: Brinkman, Larry J (MIAMI VA)
> Cc: SGoldst219@aol.com; Magalian, Paul D (MIAMI VA); Vara, John R
> (MIAMI
> VA)
> Subject: RE: additional evidence
>
> Mr. Brickman:
>
> I received your letter and additional medical records yesterday
> (10/31/07).  Although I have already sent my letters of response to
> acting director Mr. Magalian twice (on 9/28/07 and 10/12/07), I am
> going to review the new information with my attorney and send another
> letter of response to Mr. Magalian within 10 days.
>
> Dr. Qian
>
> --- "Brinkman, Larry J      (MIAMI VA)"
> <Larry.Brinkman@va.gov> wrote:
>
> > Based on the evidence not being readily available, Mr. Magalian has
> > granted an extension until October 12, 2007 to provide a response to

1

GOVERNMENT EXHIBIT 2

```
> > the revocation of your privileges.
> >
> > The information that you requested is being collected and we will
> > contact you when it is available.
> >
> > Although an extension has been granted for your response to the
> > revocation of your privileges the termination of your temporary
> > employment appointment remains effective September 28, 2007.
> >
> > -----Original Message-----
> > From: tie qian [mailto:tieqian@yahoo.com]
> > Sent: Thursday, September 27, 2007 3:50 PM
> > To: Brinkman, Larry J (MIAMI VA)
> > Cc: SGoldst219@aol.com; Magalian, Paul D (MIAMI
> VA);
> > tieqian@yahoo.com
> > Subject: additional evidence
> >
> > Mr. Brinkman:
> >
> > I just received another package of evidences on September 27, 2007
> > (C5114, D5102, D9986, P1683, partial evidence regarding O0434).  I'm
> > requesting missing evidence on case O0434 (ultrasound report
> in
> > August 2006, and evidence of Dr. Qian notified via VA alert), and on
> > case Quality of Documentation in medical record (~{!0~}Review of
> > numerous progress notes authored by Dr. Qian was undertaken with an
> > emphasis on documented physical exam
> finding~{!1~}).
> >
> > Please provide me ASAP with ALL evidence.  Thanks.
> >
> > Dr. Qian
> >
> >
> >
> >
> >
>
_____
> >
> > Check out the hottest 2008 models today at Yahoo!
> > Autos.
> > http://autos.yahoo.com/new_cars.html
> >
>
>
>
_____
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam
> protection around
> http://mail.yahoo.com
>

_____
Do You Yahoo!?
```

2

Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com